**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **SHAWN A. ZIMMERMAN, et al.,** ) | **CASE NO. 1:17 CV 2717** |
| ) | |
| **Plaintiffs,** ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| **vs.** ) | <u>**ORDER OF DISMISSAL**</u> |
| ) | <u>**WITH PREJUDICE**</u> |
| **ALLIED FINANCIAL SOLUTIONS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

On December 29, 2017, Plaintiffs Shawn A. and Leisha N. Zimmerman, represented by counsel, filed this case against Defendants Allied Financial Solutions and Tony Castro, alleging violations of the Ohio Consumer Sales Practices Act and the Federal Fair Debt Collection Practices Act. (Doc #: 1.) On March 12, 2018, Plaintiffs' effort to serve Allied Financial Solutions by certified mail was returned unexecuted, and their effort to serve Tony Castro by certified mail was returned unexecuted on March 29, 2018. (Respectively, Doc ##: 3, 4.) On April 23, 2018, the Court issued a Show Cause Order stating:

> The Court hereby **DIRECTS** the Zimmermans to serve Defendants and file proof of service on the docket **no later than Monday, May 14, 2018**. If proof of service has not been filed by June 7, 2018, the Court will dismiss the case **with prejudice**.

(Doc #: 5 (emphasis in original).) It is now June 11, 2018 and the docket shows that Plaintiffs have neither filed proofs of service, nor requested an extension of time to do so. Accordingly, the case is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                 */s/ Dan A. Polster    June 11, 2018*
                                                 **Dan Aaron Polster**
                                                 **United States District Judge**